# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-02715-WSD
## United States Securities and Exchange Commission v. White et al
## Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 07/27/2016.

TIME COURT COMMENCED: 4:30 P.M.
TIME COURT CONCLUDED: 6:10 P.M.    COURT REPORTER: Nich
TIME IN COURT: 1:40                DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Debbie Hampton representing United States Securities and Exchange Commission
Harry Roback representing United States Securities and Exchange Commission
Anthony Winter representing United States Securities and Exchange Commission |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Hearing conducted on Plaintiff's [2] EMERGENCY MOTION for Temporary Restraining Order, Asset Freeze, Accounting, and Other Equitable Relief. A written order to follow. |
| HEARING STATUS: | Hearing Concluded |