# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

     Plaintiff,

      v.

MATTHEW E. WHITE,
RODNEY A. ZEHNER,
DANIEL J. MERANDI,
WHITE INVESTMENT GROUP S AND
EQUITIES, LLC,
THE GRAND EMPIRE PALACE AND
RESORT, LLC,
GEPR INVESTMENTS TRUST No. 1,
GEPR INVESTMENTS, LLC,
M&M FINANCIAL, LLC, and
MOUNTAINEER DEVELOPMENT &
CONSTRUCTION GROUP, LLC.,

     Defendants.

Civil Action Number
1:16-cv-2715-WSD

## ANSWER OF DANIEL MERANDI

Comes Now, Daniel Merandi, M&M Financial LLC and Mountaineering Development & Construction Group LLC (Hereinafter "Defendants") and files this Answer to the Complaint filed by the SEC.

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted against the Defendants.

## SECOND DEFENSE

The Complaint fails to allege fraud with sufficient particularity.


## THIRD DEFENSE

Answering the separately enumerated paragraphs of the Complaint, the Defendants respond as follows:[1]

1.      The Defendants deny that they are engaged in an ongoing fraud, as alleged in Paragraph 1.

2.      The Defendants are without sufficient information to form a belief as to the accuracy of the allegation in Paragraph 2, but acknowledge that efforts were made by the other Defendants in this action to develop the resort.

3.      The Defendants deny the allegation in Paragraph 3.

4.      The Defendants deny the allegation in Paragraph 4.

5.      The Defendants deny the allegation in Paragraph 5.

6.      The Defendants deny the allegation in Paragraph 6.

---

[1] Many of the allegations of the complaint purport to recite the terms of various documents. To the extent that the documents are quoted verbatim and the Plaintiff is simply reciting what the document says, the allegation is not denied. However, to the extent that the Plaintiff is alleging a legal consequence of the document, the Defendants are responding that they are without sufficient information to admit or deny the legal implication of the document as alleged by the Plaintiff.

7.     The Defendants are without sufficient information to form a belief regarding the accuracy of the allegation in Paragraph 7, but deny that they are involved in any such efforts.

8.     The Defendants deny the allegation in Paragraph 8.

9.     The Defendants deny the allegation in Paragraph 9.

10.    The Defendants do not contest jurisdiction as alleged in Paragraph 10.

11.    The Defendants do not contest jurisdiction as alleged in Paragraph 11.

12.    The Defendants do not contest venue.

13.    The Defendants deny the allegation in Paragraph 13.

14.    The Defendants do not deny jurisdiction.

15.    The Defendants deny the allegation in Paragraph 15.

16.    The Defendants are without sufficient information to form a belief as to the accuracy of the allegation in Paragraph 16.

17.    The Defendants are without sufficient information to form a belief as to the accuracy of the allegation in Paragraph 17.

18.    Defendants admit the allegation in Paragraph 18, though Merandi is not the sole member of M&M Financial.

19.    The Defendants are without sufficient information to form a belief as to the accuracy of the allegation in Paragraph 19.

20.    The Defendants are without sufficient information to form a belief as to the accuracy of the allegation in Paragraph 20.

21.    The Defendants are without sufficient information to form a belief as to the accuracy of the allegation in Paragraph 21.

22.    The Defendants are without sufficient information to form a belief as to the accuracy of the allegation in Paragraph 22.

23.    Defendants admit the allegations in paragraph 23.

24.    Defendants admit the allegations in paragraph 24.

25.    Defendants are without sufficient information to admit or deny the allegations in Paragraphs 25.

26.    Defendants admit the allegation in this paragraph.

27.    Defendants admit the allegation in this paragraph.

28.    Defendants are without sufficient information to admit or deny the allegations in this paragraph.

29.    Defendants are without sufficient information to admit or deny the allegation in this paragraph.

30.    Defendants are without sufficient information to admit or deny the allegation in this paragraph.

31.    Defendants are without sufficient information to admit or deny the allegation in this paragraph.

32.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

33.     Defendants admit the allegation in this paragraph.

34.     Defendants admit the allegation in this paragraph.

35.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

36.     Defendants admit the allegation in this paragraph.

37.     Defendants admit the allegation in this paragraph.

38.     Defendants deny the allegations in this paragraph.

39.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

40.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

41.     Defendant deny the allegation in this paragraph.

42.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

43.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

44.     Defendants admit the allegation in this paragraph.

45.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

46.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

47.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

48.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

49.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

50.     There was a temporary rating, but Defendants admit that no final rating to date was issued.

51.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

52.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

53.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

54.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

55.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

56.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

57.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

58.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

59.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

60.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

61.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

62.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

63.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

64.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

65.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

66.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

67.     Denied as written insofar as "came close" is too vague to be responded to.

68.     Denied as alleged.

69.     Admitted, but there was no obligation on the part of Merandi to use investor funds to establish a securities portfolio.

70.     Defendants are without sufficient information as to White and Zehner and deny that "proceeds" were spent entirely as alleged.

71.     The Defendants are without sufficient information to either admit or deny this allegation.

72.     The defendants are without sufficient information to either admit or deny this allegation.

73.     The defendants are without sufficient information to either admit or deny this allegation.

74.     The defendants are without sufficient information to either admit or deny this allegation.

75.     The defendants are without sufficient information to either admit or deny this allegation.

76.     The defendants are without sufficient information to either admit or deny this allegation.

77.     The defendants are without sufficient information to either admit or deny this allegation.

78.      The defendants are without sufficient information to either admit or deny this allegation.

79.     The defendants are without sufficient information to either admit or deny this allegation.

80.     The defendants are without sufficient information to either admit or deny this allegation.

81.     The defendants are without sufficient information to either admit or deny this allegation.

82.     The defendants are without sufficient information to either admit or deny this allegation.

83.     The defendants are without sufficient information to either admit or deny this allegation.

84.     The defendants are without sufficient information to either admit or deny this allegation.

85.     The defendants are without sufficient information to either admit or deny this allegation.

86.     The defendants are without sufficient information to either admit or deny this allegation.

87.     The defendants are without sufficient information to either admit or deny this allegation.

88.     The defendants are without sufficient information to either admit or deny this allegation.

89.     The defendants are without sufficient information to either admit or deny this allegation.

90.     The defendants are without sufficient information to either admit or deny this allegation.

91.      The defendants are without sufficient information to either admit or deny this allegation.

92.     The defendants are without sufficient information to either admit or deny this allegation.

93.     The defendants are without sufficient information to either admit or deny this allegation.

94.     The defendants are without sufficient information to either admit or deny this allegation.

95.     The defendants are without sufficient information to either admit or deny this allegation.

96.     The defendants are without sufficient information to either admit or deny this allegation.

97.     The defendants are without sufficient information to either admit or deny this allegation.

98.     Defendants admit the allegation in this paragraph.

99.     Defendants admit the allegation in this paragraph.

100.    Denied as alleged, because there was no "purchase or sale" of the bonds.

101.    Denied as alleged, because there was no "purchase or sale" of the bonds.

102.    Denied as alleged, because there was no "purchase or sale" of the bonds.

103.    Denied as alleged, because there was no "purchase or sale" of the bonds.

104.    Defendants admit the allegation in this paragraph, but was not required to do so.

105.    Merandi transferred the money into different accounts as set forth in his responses to the Order entered pursuant to the TRO.

106.    Defendants admit the allegation in this paragraph.

107.    Defendants deny the allegation in this paragraph.

108.    Defendants deny the allegation in this paragraph.

109.    Defendants deny the allegation in this paragraph.

110.    Defendants deny the allegation in this paragraph.

111.    Defendants deny the allegation in this paragraph.

112.    There were transfers to various entities, but Defendants are without sufficient information to admit or deny this allegation.

113.    Defendants admit the allegation in this paragraph.

114.    Defendants admit the allegation in this paragraph.

115.    The Defendants are without sufficient information to either admit or deny this allegation.

116.    The defendants are without sufficient information to either admit or deny this allegation.

117.    The defendants are without sufficient information to either admit or deny this allegation.

118.    The defendants are without sufficient information to either admit or deny this allegation.

119.    The defendants are without sufficient information to either admit or deny this allegation.

120.    Defendants are without sufficient information to admit or deny the allegation in this paragraph.

121.    Defendants are without sufficient information to admit or deny the allegation in this paragraph.

122.    Defendants are without sufficient information to admit or deny the allegation in this paragraph.

123.    Defendants are without sufficient information to admit or deny the allegation in this paragraph.

124.    Defendants are without sufficient information to admit or deny the allegation in this paragraph.

125.    Defendants are without sufficient information to admit or deny the allegation in this paragraph.

126.    Defendants are without sufficient information to admit or deny the allegation in this paragraph.

127.    Defendants are without sufficient information to admit or deny the allegation in this paragraph.

128.    The defendants are without sufficient information to either admit or deny this allegation.

129.    The defendants are without sufficient information to either admit or deny this allegation.

130.    The defendants are without sufficient information to either admit or deny this allegation.

131.    The defendants are without sufficient information to either admit or deny this allegation.

132.    The defendants are without sufficient information to either admit or deny this allegation.

133.    The defendants are without sufficient information to either admit or deny this allegation.

134.    Defendants are without sufficient information or deny this allegation, but Mountaineer did purchase $10,000 worth of the bonds.

135.    Defendants are without sufficient information to admit or deny this allegation.

136.     The defendants are without sufficient information to either admit or deny this allegation.

137.    The defendants are without sufficient information to either admit or deny this allegation.

138.    Defendants are without sufficient information to either admit or deny the allegation in this paragraph.

139.    Defendants admit the allegation in this paragraph, though the reference to "business associate" is vague and not admitted to be accurate by the Defendants.

140.    Defendants admit the allegation in this paragraph.

141.     Defendants are without sufficient information to admit or deny the allegation in this paragraph.

142.    The defendants are without sufficient information to either admit or deny this allegation.

143.    The defendants deny the allegation in this paragraph.

144.    Defendants deny this allegation.

145.    No Response is required, however, the Defendants incorporate their prior responses and Defenses.

146.    Defendants deny the allegation in this paragraph.

147.    Defendants deny the allegation in this paragraph.

148.    Defendants deny the allegation in this paragraph.

149.    Defendants deny the allegation in this paragraph.

150.    No Response is required, however, the Defendants incorporate their prior responses and Defenses.

151.    Defendants deny the allegation in this paragraph.

152.    Defendants deny the allegation in this paragraph.

153.    No Response is required, however, the Defendants incorporate their prior responses and Defenses.

154.    Defendants deny the allegation in this paragraph.

155.    Defendants deny the allegation in this paragraph.

156.    No Response is required, however, the Defendants incorporate their prior responses and Defenses.

157.    Defendants deny the allegation in this paragraph.

158.    Defendants deny the allegation in this paragraph.

159.    Defendants deny the allegation in this paragraph.

160.    No Response is required, however, the Defendants incorporate their prior responses and Defenses.

161.    Defendants deny the allegation in this paragraph.

162.    Defendants deny the allegation in this paragraph.

163.    Defendants deny the allegation in this paragraph.

Based on the foregoing Defenses and Responses, the Defendants urge this court to grant the following relief:

I.      Deny the injunctive relief requested by the Plaintiff.

II.     Deny the other forms of equitable relief requested by the Plaintiff.

III.    Dismiss the lawsuit filed by the Plaintiff.

IV.     Provide such other relief as justice may require.

16

RESPECTFULLY SUBMITTED,

**GARLAND, SAMUEL & LOEB, P.C.**

/s/ *Donald F. Samuel*
DONALD F. SAMUEL
Georgia Bar No. 624475
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, GA  30305
Phone: 404-262-2225
Fax:  404-365-5041
dfs@gsllaw.com

17

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

     Plaintiff,

     v.                               Civil Action Number
                                      1:16-cv-2715-WSD

MATTHEW E. WHITE,
RODNEY A. ZEHNER,
DANIEL J. MERANDI,
WHITE INVESTMENT GROUP S AND
EQUITIES, LLC,
THE GRAND EMPIRE PALACE AND
RESORT, LLC,
GEPR INVESTMENTS TRUST No. 1,
GEPR INVESTMENTS, LLC,
M&M FINANCIAL, LLC, and
MOUNTAINEER DEVELOPMENT &
CONSTRUCTION GROUP, LLC.,

     Defendants.

## CERTIFICATE OF SERVICE

     I hereby certify that I have this date served the within and foregoing

**ANSWER OF DANIEL MERANDI** with the Clerk of Court using the CM/ECF

system which will automatically send email notification of such filing to the

attorneys of record.

     This the 24th day of August, 2016.

                        /s/ *Donald F. Samuel*
                        DONALD F. SAMUEL