RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 11 2017

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 27 2017

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# (ATLANTA DIVISION)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action Number 1:16-cv-2715 (WSD) |
| MATTHEW E. WHITE, | |
| RODNEY A. ZEHNER, | |
| DANIEL J. MERANDI, | |
| WHITE INVESTMENT GROUP S AND EQUITIES, LLC, | |
| THE GRAND EMPIRE PALACE AND RESORT, LLC, | |
| GEPR INVESTMENTS TRUST No. 1, | |
| GEPR INVESTMENTS, LLC, | |
| M&M FINANCIAL, LLC, and | |
| MOUNTAINEER DEVELOPMENT & CONSTRUCTION GROUP, LLC | |
| Defendants. | |

## DEFENDANT REPRESENTATION

As ordered by the Court on January 6, 2017, the Defendant Rodney A. Zehner ("Zehner") is providing notice that at the present time he will be proceeding

1

*pro se* due to a lack of financial resources to proceed forward with counsel. The current address and daytime telephone number where Zehner can be reached is the following:

804 Oglethorpe Drive, NE, Brookhaven, Georgia 30319 and 404-610-7979

Dated: Janaury 27, 2017

*[signature: Rodney Zehner]*

Rodney Zehner
804 Oglethorpe Drive, NE
Brookhaven, GA 30319
404-610-7979