# ABSTRACT OF JUDGMENT

## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Rodney Alan Zehner<br>4062 Peachtree Road NE Ste A651<br>Brookhaven, GA 30319 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docketed |
|---|---|---|
| Disgorgement<br>————————<br>$800,753 | U.S. Securities and Exchange Commission<br>Division of Enforcement<br>Collections Unit<br>100 F. Street, N.E.<br>Washington, DC 20549-4010 | Judgment Entry Date:<br>3/21/2017<br>Case No.<br>16-cv-02715-WSD<br>Docket No.<br>40 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE U.S. DISTRICT COURT FOR THE**

_Northern_ **DISTRICT OF** _Georgia, Atlanta Division_

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

**Date. [City]** _February 26_ , **20** _18_

**By** _s/ D. McGoldrick_ , **Clerk**
for James N. Hatten, Clerk of Court