IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW E. WHITE,<br>RODNEY A. ZEHNER,<br>DANIEL J. MERANDI,<br>WHITE INVESTMENT GROUPS AND EQUITIES, LLC,<br>THE GRAND EMPIRE PALACE AND RESORT, LLC,<br>GEPR INVESTMENTS TRUST No. 1,<br>GEPR INVESTMENTS, LLC,<br>M&M FINANCIAL, LLC, and<br>MOUNTAINEER DEVELOPMENT & CONSTRUCTION GROUP, LLC,<br><br>Defendants. | Civil Action No.<br>1:16-cv-02715-TWT |

## ORDER TO APPOINT A TAX ADMINISTRATOR

The Court, having reviewed Plaintiff United States Securities and Exchange Commission's ("SEC" or "Commission") Motion to Appoint A Tax Administrator

and to Authorize Future Payments of Tax Obligations and Fees and Expenses and for good cause shown,

**IT IS HEREBY ORDERED:**

      1.  Miller Kaplan Arase LLP is appointed as Tax Administrator to execute all income tax reporting requirements, including the preparation and filing of tax returns, for all funds under the Court's jurisdiction in this case (the "Distribution Fund").

      2.  Miller Kaplan Arase LLP shall be designated the Tax Administrator of the Distribution Fund, pursuant to section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. §468B(g), and related regulations, and shall satisfy the administrative requirements imposed by those regulations, including but not limited to (a) obtaining a taxpayer identification number, (b) filing applicable federal, state, and local tax returns and paying taxes reported thereon out of the Distribution Fund, and (c) satisfying any information, reporting, or withholding requirements imposed on distributions from the Distribution Fund. Upon request, the Tax Administrator shall provide copies of any filings to the Commission's counsel of record.

      3.  The Tax Administrator shall be entitled to charge reasonable fees and expenses for tax compliance services in accordance with its agreement with the Commission.

4. The Commission staff is authorized to approve and arrange payment of all future tax obligations and tax administrator fees and expenses owed by the Distribution Fund directly from the Distribution Fund without further order of the Court.

SO ORDERED, this 1st day of April, 2021.

                                                              s/ Thomas W. Thrash, Jr.
                                                        Hon. Thomas W. Thrash, Jr.
                                                        United States District Judge